**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERYERSON PERNALETE QUINTERO,<br><br>Defendant. | MJ 26-78-GF-BMM<br><br>**JUDGMENT** |

Defendant Eryerson Pernalete Quintero (Quintero) appeared before the Court on September 22, 2026, and consented to be tried before the undersigned. After doing so, Quintero entered a plea of guilty to the crime of Entry Without Inspection, in violation of 8 U.S.C. § 1325(a). Quintero's plea of guilty was made knowingly, intelligently, and voluntarily. Quintero understood his constitutional rights and the extent to which such rights were waived by a plea of guilty.

Having considered the evidence, sentencing recommendations of the parties, Quintero's allocution, and the sentencing factors in 18 U.S.C § 3553, the Court enters the following sentence:

1. Quintero shall serve a custodial sentence of time served, with no term

of supervised release to follow.

2. No fine or special assessment is imposed.

**NOTICE OF RIGHT TO APPEAL**

Quintero was advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment. Quintero waived his right of appeal.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 23rd day of September 2026.

John Johnston
United States Magistrate Judge